UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

CIVIL ACTION NO. 1:09cv353 (WOB-MRM)

THOMAS BARTON                                              PETITIONER

VS.                           ORDER

PHILLIP KERNS, Warden,
Southern Ohio Correctional
Facility
                                                           RESPONDENT

This matter is before the Court on the Report and Recommendation of the assigned United States Magistrate Judge (Doc. 65), and there being no objections thereto, and the Court being sufficiently advised,

**IT IS ORDERED** that the Report and Recommendation (Doc. 65) be, and it hereby is, **adopted** as the finding of fact and conclusions of law of this Court; that this case be, and it hereby is, **DISMISSED AS MOOT**.

This 25th day of October, 2016.



Signed By:
*William O. Bertelsman* WOB
United States District Judge